**FILED**

DEC 1 0 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>James Nelson<br>    Defendant. | Case Number<br>CR 09-01168 JF<br><br>ORDER - CJA CONTRIBUTION(s) DUE |

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C., Section 3006 (A),

IT IS HEREBY ORDERED THAT:

[✓] THE DEFENDANT IS LIABLE FOR A CONTIRUBUTION OF $ 200 PER MONTH, until the case is concluded or until further order of the Court, commencing:

   [✓] That certain date of  Dec 15  and the SAME DAY each month thereafter;

   [ ] The first day of _____ and the FIRST DAY of each month thereafter;

   [ ] MAIL TO:   Clerk, U. S. District Court
                  280 South First Street, Room 2112
                  San Jose, CA.  95113-3095

Please indicate that this is a CJA payment and include the case number shown above.

[ ] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY:

   [ ] That certain date of _____;

   [ ] MAIL TO:   Clerk, U. S. District Court
                  280 South First Street, Room 2112
                  San Jose, CA.  95113-3095

Please indicate that this is a CJA Payment and include the case number shown above.

DATED:                                    Howard R. Lloyd   U. S. MAGISTRATE JUDGE

cc: Defense counsel, defendant, AUSA, Finance Office, Probation

AO 72