1 | JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

4 | JEFFREY B. SCHENK (CASBN 234355)
Assistant United States Attorney

5

6 | 150 Almaden Boulevard
San Jose, California 95113

7 | Telephone: (408) 535-2695
Facsimile:  (408) 535-5066

8 | Email: jeffrey.b.schenk@usdoj.gov

9 | Attorneys for the United States of America

**FILED**

DEC 1 6 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,                )      No.     CR 09-01168-JF
                                                             )
15 |         Plaintiff,                                       )      STIPULATION AND [PROPOSED]
                                                             )      ORDER EXCLUDING TIME FROM
16 |     v.                                                   )      DECEMBER 10, 2009 TO JANUARY 6,
                                                             )      2010 FROM THE SPEEDY TRIAL ACT
17 | JAMES NELSEN,                                            )      CALCULATION (18 U.S.C. §
                                                             )      3161(h)(8)(A))
18 |         Defendant.                                       )
                                                             )
19 | _____ )

20 |         On December 10, 2009, the parties appeared for a hearing before this Court. At that

21 | hearing, the government and defense requested an exclusion of time under the Speedy Trial Act

22 | based upon the defense counsel's need to effectively prepare by reviewing discovery materials

23 | once submitted by the government. At that time, the Court set the matter for a hearing on

24 | January 6, 2010.

25 |         The parties stipulate that the time between December 10, 2009 and January 6, 2009 is

26 | excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the

27 | requested continuance would unreasonably deny defense counsel reasonable time necessary for

28 | effective preparation, taking into account the exercise of due diligence. Finally, the parties agree

1   that the ends of justice served by granting the requested continuance outweigh the best interest of

2   the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18

3   U.S.C. §3161(h)(8)(A).

4

5   DATED: December 10, 2009                    JOSEPH P. RUSSONIELLO
                                                 United States Attorney
6

7                                                ___/s/_____
                                                 JEFFREY B. SCHENK
8                                                Assistant United States Attorney

9

10                                               ___/s/_____
                                                 VARELL FULLER
11                                               Attorney for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## ORDER

2       Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

3  ORDERS that the time between December 10, 2009 and January 6, 2010 is excluded under the

4  Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested

5  continuance would unreasonably deny defense counsel reasonable time necessary for effective

6  preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that

7  the ends of justice served by granting the requested continuance outweigh the best interest of the

8  public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The

9  court therefore concludes that this exclusion of time should be made under 18 U.S.C.

10  §3161(h)(8)(A).

11

12  IT IS SO ORDERED.

13  DATED:

14  12/16/09

    HOWARD R. LLOYD
    UNITED STATES MAGISTRATE JUDGE

3