UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings**: Status Review Hearing, January 6, 2010    Time: 1 mins
**Case Number:** CR-09-01168-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

**TITLE:**    **UNITED STATES OF AMERICA V. JAMES NELSEN, ET AL**

| PLAINTIFF | DEFENDANTS |
|---|---|
| United States | 1) James Nelsen |
|  | 2) Jane Nelsen |

**Attorneys Present: Jeff Schenk**    **Attorneys Present: Nick Humy, Thomas Ferrito**

PROCEEDINGS:
   Status review hearing held.  Counsel and defendants are present.  Continued to 3/3/10 at 9:00 a.m. for further status review.  56 days are excluded for the reasons stated.