MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JEFFREY B. SCHENK (CASBN 234355)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-2695
   Facsimile:  (408) 535-5066
   Email: jeffrey.b.schenk@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No.   CR 09-01168-JF |
|---|---|---|
|    Plaintiff, | ) ) | STIPULATION AND [~~PROPOSED~~] ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATES, SETTING STATUS HEARING, AND EXCLUDING TIME FROM MARCH 18, 2011 TO MARCH 24, 2011 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A)) |
|    v. | ) ) ) | |
| JAMES NELSEN and JANE NELSEN, | ) ) ) | |
|    Defendant. | ) ) ) | |

On March 11, 2011, the parties are scheduled to appear for a pretrial conference hearing before this Court. On March 18, 2011, trial in the above-captioned matter is scheduled to begin. Now the parties request that this Court vacate both of the above dates and set this matter on March 24, 2011, or soon thereafter at the Court's convenience, for a possible disposition/trial setting hearing. This request is made for two reason: First, defense counsel for Mr. Nelsen is unavailable on March 11 to attend the currently scheduled pretrial conference. Second, the parties are in the process of negotiating a potential disposition of this matter. The additional two weeks will be useful in that effort.

The parties stipulate that the time between the current trial date, March 18, 2011, and the possible disposition/trial setting hearing, herein proposed for March 24, 2011, is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny each defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendants in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. §3161(h)(7)(A).

DATED: March 9, 2011	MELINDA HAAG
	United States Attorney


	___/s/_____
	JEFFREY B. SCHENK
	Assistant United States Attorney



	___/s/_____
	NICHOLAS HUMY
	Attorney for Defendant James Nelsen



	___/s/_____
	THOMAS FERRITO
	Attorney for Defendant Jane Nelsen

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the current pretrial conference date of March 11, 2011 and the current trial date of March 18, 2011, in the above-captioned matter, both be vacated. The Court HEREBY ORDERS the parties to appear on March 24, 2011 at 9:00AM for a potential disposition hearing or in the alternative a trial setting hearing. The court finds that the failure to grant the requested continuance would unreasonably deny each defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(7)(A).

IT IS SO ORDERED.

DATED:  3/9/11

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE