1   MELINDA HAAG (CABN 132612)
    United States Attorney

2

3   MIRANDA KANE (CABN 150630)
    Chief, Criminal Division

4   JEFFREY B. SCHENK  (CABN 234355)
    Assistant United States Attorney

5

6     150 Almaden Boulevard, Suite 900
    San Jose, CA 95113

7     Telephone: (408) 535-5061
    Fax:  (408) 535-5066

8     E-Mail: jeffrey.b.schenk@usdoj.gov

   Attorneys for Plaintiff

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                 SAN JOSE DIVISION

13

14   UNITED STATES OF AMERICA,    )   No.   CR 09-01168-RMW
                          )

15        Plaintiff,          )   STIPULATION AND []
                          )   ORDER TO CONTINUE HEARING

16   v.                      )
                          )

17   JAMES NELSEN,          )
                          )

18        Defendant.        )
                          )

19 _____ )

20       Defendant and the government, through their respective counsel, hereby stipulate that,

21   subject to the court's approval, the hearing date in the above-captioned matter, presently

22   scheduled for Monday, December 5, 2011, at 9:00 a.m., be continued to Monday, December 19,

23   2011, at 9:00 a.m.  The continuance has been requested because counsel for the government is

24   unavailable on December 5.

25       The parties further agree and stipulate that time should be excluded from December 5,

26   2011 through and including December 19, 2011, for continuity of counsel, pursuant to Speedy

27   Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv).  Accordingly, the United States and the

28   defendant agree that granting the requested exclusion of time will serve the interest of justice and

                                               1

1    outweigh the interest of the public and defendant in a speedy trial.

2

3

4

5    DATED: November 14, 2011              MELINDA HAAG
                                          United States Attorney
6

7                                         ___/s/_____
                                          JEFFREY B. SCHENK
8                                         Assistant United States Attorney

9

10

11                                        ___/s/_____
                                          VICKI YOUNG
12                                        Attorney for Defendant

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

The parties have jointly requested a continuance of the hearing set for December 5, 2011.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for December 5, 2011 be continued to December 19, 2011 at 9:00 a.m. as well as the period of delay from December 5, 2011, to and including December 19, 2011, be excluded for purposes of Speedy Trial Act computations pursuant to 18 U.S.C. §3161.

IT IS SO ORDERED.

DATED:  FFÐ̒Í ÐFF

_Ronald M. Whyte_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE