UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs<br><br>JAMES NELSEN<br><br>Defendant.<br>_____/ | Case Number   CR09-01168RMW<br><br>ORDER OF DETENTION PENDING TRIAL |

FILED

DEC - 2 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

In accordance with the Bail Reform Act, 18 U.S.C. § 3148, a revocation of release hearing was held on December 2, 2012. Defendant was present, represented by his attorney Vicki Young.  The United States was represented by Assistant U.S. Attorney Jeff Schenk.

The government established through clear and convincing evidence that defendant had violated the conditions of his release, and the court finds that he is unlikely to abide by any condition or combination of conditions.

Accordingly, defendant's release is revoked and he is ordered detained.

Dated: 12/2/11

HOWARD R. LLOYD

United States Magistrate Judge