1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301
3
   Telephone    (415) 421-4347
4  Fax          (650) 289-0636

5  Counsel for James Nelsen

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10
   UNITED STATES OF AMERICA,            )   No. CR 09-01168 RMW
11                                      )
                   Plaintiff,           )   STIPULATION RE REVISED ORDER
12                                      )   18 U.S.C. 4241(d);
          v.                            )   [] REVISED ORDER
13                                      )
   JAMES NELSEN,                        )
14                                      )
                   Defendant.           )
15                                      )

16
       It is hereby stipulated between the defendant James Nelsen, by and through his attorney of
17
   record VICKI H. YOUNG, and the government, through Assistant United States Attorney Jeffrey B.
18
   Schenk, that the order of commitment pursuant to 18 U.S.C. 4241(d) filed on April 10, 2012, be
19
   withdrawn and the attached revised order be filed in its place.  The reason for this substitution is that
20
   the U.S. Marshals Office advised that the wording in the filed order would complicate the
21
   designation process and proposed some new language to be added to the order.
22
       It is so stipulated.
23
   Dated:     April 16, 2012              Respectfully submitted,
24
                                           /s/ Vicki H. Young
25                                        VICKI H. YOUNG, ESQ.
                                          Attorney for James Nelsen
26

   STIPULATION RE REVISED ORDER;
   [] ORDER
                                          - 1 -

```
 1
 2   Dated:        April 16, 2012              MELINDA HAAG
                                              UNITED STATES ATTORNEY
 3
 4                                              /s/   Jeffrey B. Schenk
                                              JEFFREY B. SCHENK
 5                                            Assistant United States Attorney
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```

STIPULATION RE REVISED ORDER;
[] ORDER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JAMES NELSEN,<br><br>   Defendant. | No. CR 09-01168 RMW<br><br>REVISED ORDER |

After a hearing on April 9, 2012, the Court found by a preponderance of the evidence that the Defendant, James Nelsen, is presently suffering from a mental disease or defect rendering him mentally incompetent to stand trial, based on the psychiatric report prepared by Dr. James Missett.

Pursuant to 18 U.S.C. § 4241(d), Defendant Nelsen is committed to the custody of the Attorney General. The Attorney General shall hospitalize Defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is such a substantial probability that in the foreseeable future Defendant will attain the capacity to permit the proceedings to go forward. The United States Marshal shall return defendant Nelsen to this court for hearing on July 30, 2012, at 9:00 a.m.

IT IS SO ORDERED.

DATED: "6 15 2 1 34

/s/ Ronald M. Whyte
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

REVISED ORDER
- 3 -