1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301
3
   Telephone     (415) 421-4347
4  Fax           (650) 289-0636

5  Counsel for James Nelsen

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,           )   No. CR 09-01168 RMW
                                       )
11              Plaintiff,             )   STIPULATION RE CONTINUANCE
                                       )   OF STATUS DATE; []
12        v.                           )   ORDER
                                       )
13 JAMES NELSEN,                       )
                                       )
14              Defendant.             )
                                       )
15 _____ )

16
   It is hereby stipulated between the defendant James Nelsen, by and through his attorney of
17
   record VICKI H. YOUNG, and the government, through Assistant United States Attorney Jeffrey B.
18
   Schenk, that the status date of July 30, 2012, at 9:00 a.m. be continued to October 15, 2012, at 9:00
19
   a..m. The reason for this continuance is that James Nelsen arrived at the FMC Butner on June 14,
20
   2012.  The commitment statute, 18 USC 4241, provides for a reasonable period of time, not to
21
   exceed four months, as is necessary to determine whether there is such a substantial probability that
22
   in the foreseeable future the defendant will attain the capacity to permit the proceedings to go
23
   forward.  Since James Nelsen just arrived at FMC Butner, a continuance of the status date to October
24
   15, 2012, will allow sufficient time to complete the required evaluation before Mr. Nelsen is
25
   transported back to the Northern District of California.
26
   STIPULATION RE CONTINUANCE;
   [] ORDER
                                              - 1 -

1  Under Title 18 U.S. C. §3161(h)(1)(A), any period of delay resulting from any proceeding to
2  determine the mental competency or physical capacity of the defendant is excluded from the speedy
3  trial calculation. Since we are awaiting the evaluation from FMC Butner, the time period from July
4  30, 2012, through October 15, 2012, should be excluded.
5  It is so stipulated.
6  Dated:  July 4, 2012       Respectfully submitted,
7
8
    /s/ Vicki H. Young
9   VICKI H. YOUNG, ESQ.
    Attorney for James Nelsen
10
11 Dated:  July 4, 2012       MELINDA HAAG
                              UNITED STATES ATTORNEY
12
13
     /s/  Jeffrey B. Schenk
14  JEFFREY B. SCHENK
    Assistant United States Attorney
15

STIPULATION RE CONTINUANCE;
[] ORDER
- 2 -

## ORDER

GOOD CAUSE BEING SHOWN, the status date appearance set for July 30, 2012, is continued to October 15, 2012. This Court finds that the period from July 30, 2012, through and including October 15, 2012, is excludable time under the Speedy Trial Act, 18 U.S.C. §3161(h). The basis for such exclusion is that any delay resulting from any proceeding to determine the mental competency or physical capacity of the defendant is excluded from the Speedy Trial Calculation. 18 U.S.C. § 3161(h)(1)(A).

DATED: 7/26/12

_____
RONALD M. WHYTE
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE
[] ORDER

- 3 -