1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301
3
   Telephone    (415) 421-4347
4  Fax          (650) 289-0636

5  Counsel for James Nelsen

6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,            )   No. CR 09-01168 RMW
                                        )
11              Plaintiff,              )   STIPULATION RE CONTINUANCE
                                        )   OF STATUS DATE; []
12      v.                              )   ORDER
                                        )
13 JAMES NELSEN,                        )
                                        )
14              Defendant.              )
                                        )
15

16     It is hereby stipulated between the defendant James Nelsen, by and through his attorney of

17 record VICKI H. YOUNG, and the government, through Assistant United States Attorney Jeffrey B.

18 Schenk, that the status date of December 3, 2012, at 9:00 a.m. be continued to February 6, 2013 at

19 9:00 a..m. The reason for this continuance is that the defense counsel is still trying to obtain the

20 necessary medical records from FMC Butner to be reviewed by the defense psychiatrist. James

21 Nelsen has already been found incompetent by both the defense psychiatrist and the medical staff at

22 Butner. The current issue is whether this court will order that James Nelsen may be forcibly

23 mediated in an effort to restore his competency.

24     Under Title 18 U.S. C. §3161(h)(1)(A), any period of delay resulting from any proceeding to

25 determine the mental competency or physical capacity of the defendant is excluded from the speedy

26

STIPULATION RE CONTINUANCE;
[] ORDER
                                        - 1 -

trial calculation.  Therefore, the time period from December 3, 2012 through January 28, 2013, should be excluded.

    It is so stipulated.

Dated:    November 29, 2012    Respectfully submitted,

    /s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for James Nelsen

Dated:                                  MELINDA HAAG
UNITED STATES ATTORNEY

   /s/   Jeffrey B. Schenk
JEFFREY B. SCHENK
Assistant United States Attorney

STIPULATION RE CONTINUANCE;
[] ORDER

- 2 -

# ~~PROPOSED~~ ORDER

GOOD CAUSE BEING SHOWN, the status date appearance set for December 3, 2012, is continued to February 6, 2015. This Court finds that the period from December 3, 2012, through and including February 6, 2013 is excludable time under the Speedy Trial Act, 18 U.S.C. §3161(h). The basis for such exclusion is that any delay resulting from any proceeding to determine the mental competency or physical capacity of the defendant is excluded from the Speedy Trial Calculation. 18 U.S.C. § 3161(h)(1)(A).

DATED: 11/30/12

_____
RONALD M. WHYTE
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE
[] ORDER

- 3 -